# DESIGNATION OF RELEVANT DISTRICT COURT DOCUMENTS

| R. No. | Description | PageID# |
|---|---|---|
| R. 69 | Appointment Order | 443–454 |
| R. 441 | Case Management Order No. 2: Protective Order | 5799–5836 |
| R. 1848 | Order Denying Plaintiffs Motion for Leave to File Joint Motion for Preliminary Injunctive Relief | 57490–57492 |
| R. 5166 | Minutes and Order Regarding PBM Bellwether Process | 621871–621872 |
| R. 5196 | OptumRx, Inc. and Express Scripts, Inc.'s Motion to Disqualify Special Master Cohen | 623449–623450 |
| R. 5196-1 | OptumRx, Inc. and Express Scripts, Inc.'s Memorandum of Law in Support of Motion to Disqualify Special Master Cohen | 623451–623470 |
| R. 5196-2 | Ex. A (Aug. 28, 2023, 12:50pm email) | 623471–623473 |
| R. 5196-3 | Ex. B (Aug. 28, 2023, 1:12pm email) | 623474–623477 |
| R. 5196-4 | Ex. C (Sept. 7, 2023 email with attached Affidavit) | 623478–623490 |
| R. 5196-5 | Ex. D (Transcript of Aug. 30, 2023 Status Conference Proceedings) | 623491–623541 |
| R. 5196-6 | Ex. E (PBM Status Report for Aug. 30, 2023 Conference, with attachments) | 623542–623551 |
| R. 5196-7 | Ex. F (PEC Status Report for Aug. 30, 2023 Conference) | 623552–623555 |
| R. 5196-8 | Ex. G (Jefferson County-OptumRx Joint Stipulation and Consent Order) | 623556–623562 |
| R. 5196-9 | Ex. H (Jefferson County-Express Scripts Joint Stipulation and Consent Order) | 623563–623566 |
| R. 5196-10 | Ex. I (PBM Status Report for Mar. 22, 2023 Status Conference) | 623567–623577 |
| R. 5196-11 | Ex. J (Aug. 8, 2023 email) | 623578–623581 |
| R. 5196-12 | Ex. K (Nov. 9, 2022 email) | 623582–623584 |
| R. 5196-13 | Ex. L (MDL Opioid Cases Involving OptumRx, Inc., Express Scripts, Inc., and Their Affiliated Entities) | 623585–623590 |

| R. 5196-14 | Proposed Order on Motion to Disqualify | 623591 |
| R. 5198 | Second Affidavit of Special Master Cohen | 623594–623598 |
| R. 5207 | PEC Memorandum in Opposition to Motion to Disqualify Special Master Cohen | 623811–623821 |
| R. 5214 | OptumRx, Inc. and Express Scripts, Inc.'s Reply Supporting their Motion to Disqualify Special Master Cohen | 623867–623880 |
| R. 5214-1 | Ex. A (Sept. 21, 2023 email with attached Second Affidavit) | 623881–623894 |
| R. 5214-2 | Ex. B (*Opioid Special Master Facing Disqualification Motion After Hitting 'Reply All' on Email*, Law.com) | 623895–623898 |
| R. 5217 | Order Denying Motion to Disqualify Special Master Cohen | 623906–623916 |